B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **Chad Michael Fife**
**Faith Leigh Fife**
_____
Debtor(s)

Case No. **2-12-bk-20603**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
HSBC Bank Nevada

**Describe Property Securing Debt:**
2005 Kawasaki Prairie ATV 700

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
■ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
US Bank Home Mortgage

**Describe Property Securing Debt:**
1014 State Route 10
Branchland, WV 25506

Property will be (check one):
■ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

---

B8 (Form 8) (12/08)

Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:** <br> **Wells Fargo Dealer Services** | **Describe Property Securing Debt:** <br> **2008 Toyota FJ Cruiser** |

Property will be (check one):
 ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
 ■ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **December 3, 2013**        Signature **/s/ Chad Michael Fife**
                                            **Chad Michael Fife**
                                            Debtor

Date **December 3, 2013**        Signature **/s/ Faith Leigh Fife**
                                            **Faith Leigh Fife**
                                            Joint Debtor